IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR19 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| MARCOS DE LA TORRE-CASAS, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion To Dismiss without Prejudice (Filing No. 38). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of Count I of Indictment.

IT IS ORDERED that:

1. The government's Motion To Dismiss without Prejudice (Filing No. 38) is granted, and Count I of Indictment is dismissed without prejudice; and

2. The Court's previous Order, Filing No. 39, is stricken.

DATED this 6th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge